

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00196-CV

**IN THE GUARDIANSHIP OF JAMES E. FAIRLEY,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-1068
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellee's unopposed motion for extension of time is GRANTED. Appellee's brief is due June 27, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court